IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MOHAMMAD SOHAIL SALEEM, : Civil No. 3:21-cv-1413

    Plaintiff : (Judge Mariani)

    v. :

COMMONWEALTH OF PENNSYLVANIA, :
et al.,

    Defendants :

## ORDER

**AND NOW**, this 9th day of May, 2022, upon consideration of Defendants' motion (Doc. 5) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 5) is treated as a motion for summary judgment with respect to exhaustion of administrative remedies and is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

2. The motion (Doc. 5) to dismiss is **GRANTED** in all other respects.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge